UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| MYKEL HAWKE,<br><br>Plaintiff,<br><br>v.<br><br>DISCOVERY COMMUNICATIONS, LLC d/b/a THE DISCOVERY CHANNEL, DISCOVERY COMMUNICATIONS, INC., and JOSEPH TETI, Individually<br><br>Defendants. | ) | Civil Action No.: 8:17-cv-00542-PX<br><br>Transferred from U.S.D.C. for the District of South Carolina, Civ. Action No. 6:15-cv-03192-TMC<br><br>**DISCOVERY'S PRETRIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(A)(3)** |

Defendants Discovery Communications, LLC and Discovery Communications, Inc. (collectively, "Discovery") hereby submit these pretrial disclosures pursuant to paragraph 6 of the Third Consent Amended Scheduling Order (ECF No. 69) and Rule 26(a)(3) of the Federal Rules of Civil Procedure ("FRCP"). Discovery reserves the right to amend or supplement these disclosures in accordance with the FRCP, local rules, or as otherwise permitted.[1]

[1] As the Court is aware, this action was originally pending in the District of South Carolina until that court issued an order transferring the case to the District of Maryland on February 23, 2017. Under these circumstances, the law of the transferor state (South Carolina) continues to apply and, unless this Court orders otherwise, all preexisting deadlines and pending motions remain on calendar. *See* Wright & Miller, *Federal Practice and Procedure* § 3846 (4th ed. 2013). Discovery therefore submits these Pretrial Disclosures in accordance with the existing Scheduling Order and the Federal Rules.

Discovery recognizes that the District of Maryland Local Rules impose a specific process for the submission of a pretrial order, which includes certain requirements in addition to those set forth in FRCP 26(a)(3). *See generally* L.R. 106. While Discovery is of course prepared to comply with all applicable rules and deadlines of this Court, the deadline to submit a proposed pretrial order under the Maryland Local Rules is tied to the date of the pretrial conference – a date that has not been set by either the District of South Carolina court or by this Court. In the event the

**A. <u>Witness List</u>**

Discovery expects to present the following witnesses at trial:

1. Josh Berkley
Senior Executive Producer
Discovery Communications, LLC

2. Jason Robey
Senior Digital Content Director
Discovery Communications, LLC

3. Lindsay Fitz
Former Director, Talent Relations
Discovery Communications, LLC

4. James Ford
Vice President, Business and Legal Affairs
Discovery Communications, LLC

5. Carl Nicolaou
Vice President, Business and Legal Affairs
Discovery Communications, LLC

6. Kevin O'Shaughnessy
Manager, Social Strategy and Partnerships
Discovery Communications, LLC

7. Hilary Ossip
Former Interactive Producer
Discovery Communications, LLC

8. Julia Wagman
Manager, Talent Management & Strategy
Discovery Communications, LLC

9. Jennifer Williams
Senior Vice President, Talent Management & Strategy
Discovery Communications, LLC

---

Court does not grant Discovery's request to stay this action pending resolution of its Motion for Summary Judgment (ECF No. 98), Discovery respectfully suggests that the Court conduct a status conference as soon as possible to discuss scheduling issues, timing, and applicable procedure.

10. Robert Horwitz
Former Executive Producer, Discovery Channel
Discovery Communications, LLC

11. Leah Montesano
Vice President, Litigation
Discovery Communications, LLC

**Each of the individuals listed above can be contacted through Discovery's counsel.**

12. Joseph Teti
Mr. Teti, a former defendant in this matter, can be reached through his counsel as follows:

Marjorie Redding, Esq.
David Redding, Esq.
Joseph Pellington, Esq.
Redding Tison & Jones, PLLC
201 South Tryon St., Suite 915
Charlotte NC 28202
Direct: 704-200-2057
Main: 704-900-2215

13. Mike Evock
Mr. Evock's address is presently unknown, but he can be contacted through www.MilitaryATV.com.
Phone: (910) 916-0284

14. Plaintiff Mykel Hawke a/k/a Mykel Hawkeye

Discovery does not have the address or phone number of Plaintiff Hawke, and will contact him through his counsel.

15. Ruth England Hawkeye

Discovery does not have the address or phone number of Ruth England Hawkeye, the wife of Plaintiff Hawke, and will contact her though Mr. Hawke's counsel.

At present, Discovery anticipates calling each of these witnesses, but may reserve one or more of them to call only if the need arises.

**B. Witnesses by Deposition**

Discovery does not currently anticipate presenting anyone's testimony by deposition. If, however, Ruth England Hawkeye cannot be secured for trial, then Discovery may use her deposition transcript instead of her live testimony.

**C. Exhibit List**

Attached as Exhibit A hereto is Discovery's anticipated list of exhibits for trial.

March 6, 2017

Silver Spring, Maryland

Respectfully Submitted,

/s/ Leah C. Montesano

Leah C. Montesano (Maryland Bar No. 18020)
Discovery Communications, LLC
1 Discovery Place
Silver Spring, MD 20910
Ph: (240) 662-3998
Fax: (240) 662-1492
Email: leah_montesano@discovery.com

ATTORNEY FOR DEFENDANTS DISCOVERY COMMUNICATIONS, LLC AND DISCOVERY COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| MYKEL HAWKE,<br><br>Plaintiff,<br><br>v.<br><br>DISCOVERY COMMUNICATIONS, LLC d/b/a THE DISCOVERY CHANNEL, DISCOVERY COMMUNICATIONS, INC., and JOSEPH TETI, Individually<br><br>Defendants. | ) | Civil Action No.: 8:17-cv-00542-PX<br><br>Transferred from U.S.D.C. for the District of South Carolina, Civ. Action No. 6:15-cv-03192-TMC<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on March 6, 2017, copies of Discovery Communications, LLC's and Discovery Communications, Inc.'s Pretrial Disclosures were electronically filed in this case and mailed via FedEx, overnight delivery, postage prepaid, to:

Joshua T. Howle
Jarrel L. Wigger
Wigger Law Firm, Inc.
8086 Rivers Avenue, Suite A
North Charleston, SC 29406
Telephone: (843) 553-9800
Facsimile: (843) 553-1648
jhowle@wiggerlawfirm.com
jwigger@wiggerlawfirm.com

Christopher Augustine Gabel
Admitted Pro Hac Vice
13110 Southwest Freeway
Sugar Land, Texas 77478
Telephone: (512) 919-9962
chris@gabellawyer.com

March 6, 2017

Silver Spring, Maryland

Respectfully Submitted,

/s/ Leah C. Montesano

Leah C. Montesano (Maryland Bar No. 18020)
Discovery Communications, LLC
1 Discovery Place
Silver Spring, MD 20910
Ph: (240) 662-3998
Fax: (240) 662-1492
Email: leah_montesano@discovery.com

ATTORNEY FOR DEFENDANTS DISCOVERY COMMUNICATIONS, LLC AND DISCOVERY COMMUNICATIONS, INC.